## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sadieah J. Reeder <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-15565 AMC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Rebecca A. Solarz, Esq**
                      Rebecca A Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322