IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Sadieah J. Reeder      )    Chapter 13
         Debtor                 )
                                )    18-15565-AMC
                                )
                                )

## AMENDED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

David M. Offen applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on August 22, 2018.

3. The debtor's annualized current monthly income as set forth in Form B22C is:

   __X__ above median (the amount on line 15 is not less than the amount on line 16)

   _____ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $5,000.00 for 14.0 hours expended in providing the following services:

   Consultation with debtor and analysis of financial condition and review requirements to comply with 2005 Act.
   Getting 6 months of income information for Debtor.
   Review of debtor's bills and order credit report.
   Advising debtor of rights under Chapter 7 and 13.
   Check for prior filings.
   Review draft of Petition with client, make changes as

appropriate.
Preparation and filing of Chapter 13 Petition, Chapter 13 Statements, Schedules, Plan, master mailing list and form 22
Letter to client concerning Chapter 13 payments,
Responsibilities and security deposits.
Notice to creditors
Letter/Call to client concerning 341 meeting.
Preparation for and Representation of client at 341 meeting.
and followup from 341 meeting as necessary

Review of proofs of claim filed by creditors.
Review of claims docket, claims and check plan
for feasibility of the same.
Review with trustee to determine that the plan is feasible.
Continued contact and/or correspondence with the debtor(s)
creditors, debtor's employer, and other parties and the
Chapter 13 Standing Trustee as necessary.


6.    Applicant requests reimbursement of expenses in the amount of $ 0.00    for the following expenses:

7.    The debtor paid Applicant $0.00 prior to the filing of the petition.

8.    A copy of the Applicant's disclosure of compensation pursuant to Fed. R Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9.    None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

    WHEREFORE, Applicant requests an award of $5,000.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Dated: March 4, 2019        Signed: /s/David M. Offen
                    David M. Offen
                    Counsel for Debtor
                    Suite 160 West Curtis Ctr.
                    601 Walnut Street
                    Philadelphia, Pa. 19106
                    Phone No.:215-625-9600
                    Fax No. : 215-625-9734