IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| SADIEAH J. REEDER ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| FLAGSHIP CREDIT ACCEPTANCE ) | Case No.: 18-15565 (AMC) |
| **Moving Party** ) | |
| v. ) | **Hearing Date: 11-5-19 at 11:00 AM** |
| ) | |
| SADIEAH J. REEDER ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Flagship Credit Acceptance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2014 BMW 428i** bearing vehicle identification number WBA3N7C53EF718187 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 11/26/19

_____
UNITED STATES BANKRUPTCY JUDGE