United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sadieah J Reeder  
    Debtor

Case No. 18-15565-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 28, 2021      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sadieah J Reeder, 1330 E Barringer Street, Philadelphia, PA 19119-3943 |
| cr | + | Flagship Credit Acceptance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14185249 | + | CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Ste 200, Brea, CA 92821-6753 |
| 14398873 | + | Flagship Credit Acceptance, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14185252 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14218625 | + | PA Housing Finance Agy., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14185260 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14185259 | + | Pennsylvania Turnnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14185262 | + | Superior Credit Unio, P.o. Box 4519, Carol Stream, IL 60197-4519 |
| 14185264 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14209569 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14185266 | + | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2021 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2021 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 28 2021 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14216849 | | Email/Text: bnc@atlasacq.com | Sep 28 2021 23:54:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14264106 | | Email/Text: megan.harper@phila.gov | Sep 28 2021 23:54:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14185250 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 23:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14222451 | + | Email/Text: bankruptcy@flagshipcredit.com | Sep 28 2021 23:54:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 14185251 | + | Email/Text: bankruptcy@flagshipcredit.com | Sep 28 2021 23:54:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14185248 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 29 2021 00:06:20 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

Case 18-15565-amc    Doc 60    Filed 09/30/21    Entered 10/01/21 00:34:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14185253 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 28 2021 23:54:00 | Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 |
| 14185254 | + | Email/Text: Bankruptcies@nragroup.com | Sep 28 2021 23:54:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14185257 | | Email/Text: blegal@phfa.org | Sep 28 2021 23:54:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14185255 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2021 00:06:21 | Paypal Credit Svcs/SYNCB, PO Box 960080, Orlando, FL 32896-0080 |
| 14185256 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 28 2021 23:54:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14221756 | + | Email/Text: blegal@phfa.org | Sep 28 2021 23:54:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14217195 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2021 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14185261 | | Email/Text: bankruptcy@snapfinance.com | Sep 28 2021 23:54:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 14221605 | + | Email/Text: bncmail@w-legal.com | Sep 28 2021 23:54:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14185265 | | Email/Text: megan.harper@phila.gov | Sep 28 2021 23:54:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14185258 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14185263 | *+ | Superior Credit Unio, P.o. Box 4519, Carol Stream, IL 60197-4519 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Sadieah J Reeder dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Flagship Credit Acceptance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SADIEAH J REEDER | Chapter 13 |
| Debtor | Bankruptcy No. 18-15565-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: September 28, 2021

————————————————
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
SADIEAH J REEDER

1330 E BARRINGER STREET

PHILADELPHIA, PA 19119