IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Sadieah J Reeder | : | No. 18-15565-AMC |
| Debtor | : | |

**CERTIFICATION OF NO RESPONSE TO**
**MOTION TO VACATE DISMISSAL ORDER**

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Vacate Dismissal Order and respectfully request that the Order attached to the Motion be approved.

Dated: 10/28/2021

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600