**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Sadieah J Reeder** | : | **No. 18-15565-AMC** |
| Debtor | : | |

### ORDER

AND NOW, this _____ day of _____, 2021 in consideration of the Motion to Vacate Dismissal Order it is hereby ORDERED that the Order dismissing this case is Vacated, and the Debtor's Chapter 13 case is reinstated and may proceed.

**Date: November 9, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE